IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual<br><br>               Plaintiff,<br>v.<br><br>RHODIA, INC., a Delaware corporation,<br><br>               Defendant. | )<br>)<br>)<br>)  C.A. No. 04-242 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF ATTORNEY APPEARANCE

PLEASE WITHDRAW the appearance of Erica L. Niezgoda (#3986) and

PLEASE CONTINUE the appearance of Potter Anderson & Corroon LLP, by Jennifer Gimler Brady (#2874) on behalf of Plaintiffs in the above-referenced matter.

                                        POTTER ANDERSON & CORROON LLP

                                        By: _____
                                        Jennifer Gimler Brady (#2874)
                                        Hercules Plaza, 6th Floor
                                        1313 N. Market St., P.O. Box 951
                                        Wilmington, Delaware 19899
                                        (302) 984-6000
                                        jbrady@potteranderson.com

                                        *Counsel for Plaintiffs*

Dated March 14, 2005
673400

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2005, the foregoing WITHDRAWAL OF ATTORNEY APPEARANCE were caused to be served on the following counsel of record by electronic filing via CM/ECF, where it may be viewed and downloaded:

>Robert W. Whetzel (#2288)
>Steven J. Fineman (#4025)
>Richards Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899

>Jennifer Gimler Brady (#2874)
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market St., P.O. Box 951
>Wilmington, Delaware 19899
>(302) 984-6000
>jbrady@potteranderson.com