IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual<br><br>Plaintiffs,<br><br>v.<br><br>RHODIA, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 04-242 (GMS) |

## NOTICE OF SERVICE

I hereby certify that two true and correct copies of Plaintiffs' First Set of Requests for Admissions Directed to Plaintiffs, Plaintiffs' Second Request for Production of Documents Directed to Plaintiffs and Plaintiffs' First Set of Interrogatories Directed to Plaintiffs were served on March 16, 2005 on the following counsel:

BY HAND

Robert W. Whetzel (#2288)
Steven J. Fineman (#4025)
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (#2874)
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
jbrady@potteranderson.com
Attorneys for Plaintiffs

Dated March 16, 2005
674095