IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RHODIA INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 04-242-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### RE-NOTICE OF DEPOSITION OF SUZY VINCENTE

TO: Erica Niezgoda, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Rhodia Inc. ("Rhodia") will take the deposition upon oral examination of Suzy Vincente at the Law Office of Ferguson, Case, Orr, Paterson & Cunningham, LLP, 1050 South Kimball Road, Ventura, California 93004 on March 30, 2005 commencing at 9:00 a.m. The deposition will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition will be recorded by stenographic means.

RLF1-2831247-1

                                                                                                  /s/ *[signature]*

                                                  Robert W. Whetzel (#2288)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant Rhodia Inc.

Dated: March 24, 2005

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P O Box 951
Wilmington, DE 19899

Steven J. Fineman (#4025)
Richards, Layton & Finger, P A
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys for Defendant Rhodia, Inc

RLF1-2797886-1