IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual<br><br>Plaintiff,<br><br>v.<br><br>RHODIA, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 04-242 (GMS) |

### NOTICE OF DEPOSITION OF ROBERT BARRETT

To:   Robert W. Whetzel (#2288)
      Steven J. Fineman (#4025)
      Richards Layton & Finger, P.A.
      One Rodney Square
      P.O. Box 551
      Wilmington, DE  19899

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedures, Plaintiffs Applied Silicone Corporation, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau and Janice A. Galarneau ("Applied Silicone") will take the deposition upon oral examination of Robert Barrett at Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware, 19801 on April 13, 2005 commencing at 9:00 a.m.  The deposition will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition will be recorded by stenographic means.

2

POTTER ANDERSON & CORROON LLP

By _/s/ Jennifer Gimler Brady_____
Jennifer Gimler Brady (#2874)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)

*Attorneys for Plaintiffs*

Dated: March 25, 2005
PA&C-675506v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify that on March 25, 2005, true and correct copies of the foregoing **NOTICE OF DEPOSITION OF ROBERT BARRET** were caused to be served on the following counsel of record by Electronic Filing via CM/ECF and Hand Delivery:

    Robert W. Whetzel (#2288)
    Steven J. Fineman (#4025)
    Richards Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899

 

/s/ Jennifer Gimler Brady
Jennifer Gimler Brady, Esquire (#2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)