IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual<br><br>Plaintiff,<br><br>v.<br><br>RHODIA, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 04-242 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF 30(b)(6) DEPOSITION

To:   Robert W. Whetzel (#2288)
      Steven J. Fineman (#4025)
      Richards Layton & Finger, P.A.
      One Rodney Square
      P.O. Box 551
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Plaintiffs Applied Silicone Corporation, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau and Janice A. Galarneau ("Applied Silicone") will take the deposition pursuant to Federal Rule of Civil Procedures 30(b)(6) of defendant Rhodia, Inc. ("Rhodia") on April 15, 2005 at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, DE 19899, at 9:00 a.m. and continuing until concluded. The matters upon which examination is requested are set forth in the attached Schedule A. Rhodia shall designate one or more officers, directors, managing agents, or other persons, who consent to testify on Rhodia's behalf as to the matters upon which examination is requested. The persons so designated shall testify as to matters known or reasonably available to Rhodia.

POTTER ANDERSON & CORROON LLP

By /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (#2874)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)

*Attorneys for Plaintiffs*

Dated: March 25, 2005
PA&C-675515v1

## SCHEDULE A

1.   The November 1999 Asset Purchase Agreement and related documents and agreements between Rhodia, Inc. and Applied Silicone Corporation.

2.   Rhodia, Inc.'s website policy from November 1999 to present.

3.   Rhodia, Inc.'s policy and procedure regarding sales to breast implant manufacturers from November 1999 to present.

4    The terms of the asset purchase agreement between Rhodia, Inc. and NuSil Inc. executed in or about May 2003, and any and all communications between Rhodia, Inc. and NuSil Inc. regarding same.

5.   Rhodia, Inc.-Ventura's sales volume of long term implantables, sheeting and tubing from November 1999 to present.

6.   Rhodia, Inc.-Ventura's manufacturing and shipping of long-term implantable silicones from November 1999 to present.

7.   Rhodia, Inc.'s policy and procedure regarding sales of silicone products from November 1999 to present.

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify that on March 25, 2005, true and correct copies of the foregoing **NOTICE OF 30(b)(6) DEPOSITION** were caused to be served on the following counsel of record by Electronic Filing via CM/ECF and Hand Delivery:

>Robert W. Whetzel (#2288)
>Steven J. Fineman (#4025)
>Richards Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

*/s/ Jennifer Gimler Brady*
Jennifer Gimler Brady, Esquire (#2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)