IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLIED SILICON CORPORATION, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | Civil Action No 04-242-GMS |
| RHODIA INC , | ) ) | |
| Defendant | ) | |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on March 30, 2005, Defendant Rhodia Inc issued the attached *subpoena duces tecum* and *ad testificadum* for service on Silimed Inc and PMT Corporation

                                              /s/ Steve Fineman  by MWK (4566)
                                              Robert W Whetzel (#2288)
                                              Whetzel@rlf.com
                                              Steven J Fineman (#4025)
                                              Fineman@rlf.com
                                              Richards, Layton & Finger
                                              One Rodney Square
                                              P.O. Box 551
                                              Wilmington, DE 19899
                                              (302) 651-7700
                                              Attorneys for Rhodia Inc

Dated: March 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P O Box 951
Wilmington, DE 19899-1347

I hereby certify that on March 31, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated.

### VIA TELECOPY

Janet Vining Mitchell, Esquire
Applied Silicone Corporation
P.O. Box 4099
Santa Barbra, CA 93140

Matthew W King (#4566)
king@rlf com

RLF1-2855089-1