## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLIED SILICON CORPORATION, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-242-GMS |
| RHODIA INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on April 1, 2005, Defendant Rhodia Inc. issued the

attached *subpoena duces tecum* and *ad testificadum* for service on Mentor Texas.

_Steven J. Fineman_ *by mxk (4566)*

Robert W. Whetzel (#2288)
Whetzel@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Rhodia Inc.

Dated: April 1, 2005

RLF1-2858564-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted.

### BY HAND

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899


I hereby certify that on April 1, 2005, the foregoing document was sent to the following

non-registered participants in the manner indicated:

### VIA TELECOPY

Janet Vining Mitchell, Esquire
Applied Silicone Corporation
P.O. Box 4099
Santa Barbra, CA 93140

Matthew W. King (#4566)
king@rlf.com