IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

APPLIED SILICONE CORPORATION, a    )
California corporation, R. ALASTAIR WINN, an )
individual, ANN F. WINN, an individual, PHILIP )
J. GALARNEAU, an individual, and JANICE A. )        C.A. No. 04-242-GMS
GALARNEAU, an individual,    )
    )
            Plaintiffs,    )
    )
    v.    )
    )
RHODIA INC., a Delaware corporation,    )
    )
            Defendant.    )

## NOTICE OF DEPOSITION OF ANTHONY DUNKLEY

TO:    Jennifer Gimler Brady, Esquire
    Potter Anderson & Corroon LLP
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899

    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendant Rhodia Inc. ("Rhodia") will take the deposition upon oral examination of

Anthony Dunkley at  the offices of Richards, Layton & Finger, 920 North King Street,

Wilmington, Delaware 19801 on April 8, 2005 commencing at 9:00 a.m.  The deposition will be

taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28

of the Federal Rules of Civil Procedure.  The deposition will be recorded by stenographic means.

Robert W. Whetzel (#2288)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P A
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Whetzel@rlf com
Fineman@rlf com
Attorneys for Defendant Rhodia Inc

Dated. April 6, 2005

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2005, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys for Defendant Rhodia Inc.