IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual,<br><br>                Plaintiffs,<br><br>    v.<br><br>RHODIA INC. a Delaware corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No.: 04-242-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the date for completing fact discovery shall be extended from April 15, 2005 to April 22, 2005 for the express and sole purpose of allowing additional time for the third parties that have been subpoenaed by Rhodia Inc. -- Silimed, Inc., Mentor Corporation and PMT Corporation -- to produce documents and attend a deposition where the deponents will be examined by Rhodia Inc. on the topics set forth in the respective subpoenas.

| | |
|---|---|
| /s/ Jennifer Gimler Brady | /s/ Robert W. Whetzel |
| Jennifer Gimler Brady (#2874) | Robert W. Whetzel (#2288) |
| Potter Anderson & Corroon LLP | Steven J. Fineman (#4025) |
| 1313 North Market Street | Richards, Layton & Finger, P.A. |
| P.O. Box 951 | One Rodney Square |
| Wilmington, DE 19899-0951 | P.O. Box 551 |
| (302) 984-6000 | Wilmington, DE 19899 |
| jbrady@potteranderson.com | (302) 651-7700 |
| Attorneys for Plaintiffs Applied Silicone Corporation, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau and Janice A. Galarneau | Whetzel@rlf.com<br>Fineman@rlf.com<br>Attorneys for Defendant Rhodia Inc. |

SO ORDERED this _____ day of April 2005

_____
United States District Judge