IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> RHODIA INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) C.A. No. 04-242-GMS ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

TO:   Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

PLEASE TAKE NOTICE that two true and correct copies of Defendant Rhodia Inc.'s Answers to Plaintiffs' First Set of Interrogatories were caused to be served on April 25, 2005 on counsel of record in the manner indicated.

**BY HAND DELIVERY**
Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

/s/ 
Robert W. Whetzel (#2288)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Whetzel@rlf.com
Fineman@rlf.com
Attorneys for Defendant Rhodia Inc.

Dated: April 25, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2005 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Jennifer Gimler Brady, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys for Defendant Rhodia Inc

RLF1-2797886-1