IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> RHODIA INC. a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No.: 04-242-GMS ) ) ) ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the scheduling order entered on October 19, 2004 ("Scheduling Order") is amended as follows:

1. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies the Scheduling Order on or before August 30, 2005.

2. All other dates set forth in the Scheduling Order shall remain the same.

| | |
|---|---|
| /s/ Sarah E. DiLuzio <br> Sarah Elizabeth DiLuzio (#4085) <br> Potter Anderson & Corroon LLP <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE  19899-0951 <br> (302) 984-6000 <br> Sdiluzio@potteranderson.com <br> Attorneys for Plaintiffs Applied Silicone Corporation, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau and Janice A. Galarneau | /s/ <br> Robert W. Whetzel (#2288) <br> Steven J. Fineman (#4025) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE  19899 <br> (302) 651-7700 <br> Whetzel@rlf.com <br> Fineman@rlf.com <br> Attorneys for Defendant Rhodia Inc. |

SO ORDERED this _____ day of August 2005

_____
United States District Judge