IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED SILICONE CORPORATION, a California corporation, R. ALASTAIR WINN, an individual, ANN F. WINN, an individual, PHILIP J. GALARNEAU, an individual, and JANICE A. GALARNEAU, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RHODIA INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 04-242-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Applied Silicone Corporation, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau and Janice A. Galarneau and Defendant Rhodia Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action, including all claims raised in the Complaint and all counterclaims, shall be and is hereby dismissed with prejudice pursuant to a confidential settlement agreement reached by the parties in this action. The settlement agreement is hereby incorporated by reference, and the parties stipulate that this Court shall retain jurisdiction to enforce the settlement agreement.

_Sarah E. DiLuzio_  
Jennifer Gimler Brady (#2874)  
Sarah Elizabeth DiLuzio (#4085)  
Potter Anderson & Corroon LLP  
1313 North Market St., P.O. Box 951  
Hercules Plaza, Sixth Floor  
Wilmington, DE  19801  
(302) 984-6000  
*Attorneys for Plaintiffs*

Robert W. Whetzel (#2288)  
Steven J. Fineman (#4025)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P. O. Box 551  
Wilmington, DE 19899  
(302) 651-7700  
*Attorneys for Defendant*

Dated: August 18, 2005

Dated: August 18, 2005

SO ORDERED this _____ day of _____, 2005.

_____  
United States District Judge

2

RLF1-2909133-3