CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00242-GMS
### Internal Use Only

| | |
|---|---|
| Applied Silicone, et al v. Rhodia Inc. | Date Filed: 04/16/2004 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Injunctive & Declaratory Relief | Jurisdiction: Diversity |

**Plaintiff**

**Applied Silicone Corporation**　　　represented by　**Erica N. Finnegan**
*a California corporation*　　　　　　　　　　　　　　　Cross & Simon, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　913 North Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1001
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-4224
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: efinnegan@crosslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 03/14/2005*
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Jennifer Gimler Brady**
　　　　　　　　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　1313 N. Market St., Hercules Plaza, 6th Flr.
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0951
　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jbrady@potteranderson.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. Alastair Winn**　　　represented by　**Erica N. Finnegan**
*an individual*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*TERMINATED: 03/14/2005*
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　**Jennifer Gimler Brady**
　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Ann F. Winn**<br>*an individual* | represented by | **Erica N. Finnegan**<br>(See above for address)<br>*TERMINATED: 03/14/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer Gimler Brady**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philip J. Galarneau**<br>*an individual* | represented by | **Erica N. Finnegan**<br>(See above for address)<br>*TERMINATED: 03/14/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer Gimler Brady**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice A. Galarneau**<br>*an individual* | represented by | **Erica N. Finnegan**<br>(See above for address)<br>*TERMINATED: 03/14/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennifer Gimler Brady**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Rhodia Inc.**<br>*a Delaware corporation* | represented by | **Robert W. Whetzel**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: whetzel@rlf.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven J. Fineman** |

        Richards, Layton & Finger
        One Rodney Square
        P.O. Box 551
        Wilmington, DE 19899
        (302) 658-6541
        Email: fineman@rlf.com
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rhodia Inc.**      represented by  **Robert W. Whetzel**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven J. Fineman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Applied Silicone Corporation**  represented by  **Erica N. Finnegan**
        (See above for address)
        *TERMINATED: 03/14/2005*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jennifer Gimler Brady**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**R. Alastair Winn**    represented by  **Erica N. Finnegan**
        (See above for address)
        *TERMINATED: 03/14/2005*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jennifer Gimler Brady**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Ann F. Winn**    represented by  **Erica N. Finnegan**
        (See above for address)
        *TERMINATED: 03/14/2005*
        *LEAD ATTORNEY*

      *ATTORNEY TO BE NOTICED*

      **Jennifer Gimler Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Philip J. Galarneau**     represented by    **Erica N. Finnegan**
(See above for address)
*TERMINATED: 03/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Jennifer Gimler Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Janice A. Galarneau**     represented by    **Erica N. Finnegan**
(See above for address)
*TERMINATED: 03/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Jennifer Gimler Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2004 | 1 | MOTION by Applied Silicone, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau, Janice A. Galarneau with Proposed Order to File Complaint under Seal Answer Brief due 4/30/04 re: [1-1] motion (exit KAJ) (dab) Modified on 05/04/2004 (Entered: 05/04/2004) |
| 04/16/2004 | 2 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136041 (SEALED) (dab) (Entered: 05/04/2004) |
| 04/16/2004 | 3 | Exhibit A to Complaint (SEALED) (dab) (Entered: 05/04/2004) |
| 04/16/2004 | 4 | Praecipe filed by Applied Silicone, R. Alastair Winn, Ann F. Winn, Philip J. Galarneau, Janice A. Galarneau re Summons for service of Complaint (dab) (Entered: 05/04/2004) |
| 04/16/2004 | | SUMMONS(ES) issued for Rhodia Inc. (dab) (Entered: 05/04/2004) |
| 04/19/2004 | | So Ordered granting [1-1] motion to File Complaint under Seal ( signed by Judge Kent A. Jordan ) Notice to all parties. (dab) (Entered: |