OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Robert W. Whetzel
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: whetzel@rlf.com

RE:   **Applied Silicone Corporation, et al., v. Rhodia Inc.**
      Civ. No.: 04-242 GMS

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEM(S):   12' and 20'.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Ron Golden*

I hereby acknowledge receipt of the above mentioned documents on  8/17/06  .

*Nicholas Mato*
Signature